[No. 3550–2. Division Two. November 28, 1979.]

CHARLES L. HUTTO, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 249701, James P. Healy, J., entered June 13, 1978. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 3206–2. Division Two. November 28, 1979.]

WILLIAM L. LANGE, *Respondent,* v. NORTHWEST STEEL FABRICATORS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 62255, Thomas L. Lodge, J., entered November 4, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 3431–3. Division Three. November 29, 1979.]

*In the Matter of the Personal Restraint of* WILBER JAMES METHENY, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78–1–00118–7, Howard Hettinger, J., entered April 3, 1978. *Remanded* by unpublished per curiam opinion.

[No. 3074–3. Division Three. November 29, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN JOHN EMERY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 244206, Richard P. Guy, J., entered September 8, 1978. *Affirmed* by unpublished per curiam opinion.